IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ ___ D.C.

05 JUN 24 PM 12: 5_

ROBERT R. DI TROLIO
CLERK, U.S. D___ ___T.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>*Michael Martin*<br><br><br><br><br><br><br>Defendant(s). | Criminal No. *204-20245* M1<br><br>**(60-Day Continuance)** |

## CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
## AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the July 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, August 26, 2005</u>, with trial to take place on the September, 2005, rotation calendar with the time excluded under the Speedy Trial Act through September 16, 2005. Agreed in open court at report date this 24th day of June, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on *6-27-05*



SO ORDERED this 24th day of June, 2005.

                                  _/s/ Jon P. McCalla_____
                                  JON PHIPPS McCALLA
                                  UNITED STATES DISTRICT JUDGE

_/s/ Katrina Earley_____
Assistant United States Attorney

_/s/ Lawrence W. Kern_____
_____
_____
_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CR-20245 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Jon McCalla
US DISTRICT COURT