IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 PM 1:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.                                    NO. 2:04cr20245-MI

MICHAEL MARTIN,

    DEFENDANT.

## ORDER FOR EXAMINATION PURSUANT TO 18 U.S.C. § 4241 AND § 4247(b)(c)

THIS CAUSE having come before the Court upon the petition of defendant, Michael Martin, for an evaluation of his mental condition, pursuant to 18 U.S.C. § 4241 and § 4247(b) and (c); and the Court having found good cause thereto, ORDERS the United States Marshal to convey the defendant to a facility which will provide an examination of the defendant pursuant to 18 U.S.C. § 4241 and § 4247(b) and (c), in order to determine his competence to stand trial, and to return him to the jurisdiction of this Court upon completion of the examination.

July 26, 2005
_____
DATE

Jon P. McCalla
_____
UNITED STATES DISTRICT COURT JUDGE
JON P. MC CALLA

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-26-05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CR-20245 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT