IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC -1  AM 8: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA )
    Plaintiff, )
) CR. NO. 04-20245-Ml
VS. )
)
MICHAEL MARTIN )
    Defendant. )

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on November 30, 2005, the United States Attorney for this district, Camille McMullen, appearing for the Government and the defendant, Michael Martin, appearing in person, Pro se, and with elbow counsel, Lawrence Kern.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, DECEMBER 16, 2005,** at **9:30 a.m., before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 30 day of NOV., 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20245 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Michael Martin
WTDF/G101
09221-033
P.O. Box 509
Mason, TN 38049

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT